IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOY A. PORTER,

    Plaintiff,

v.

STANDARD INSURANCE
COMPANY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-163-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Standard Insurance Company granting its motion for summary judgment and dismissing this case.

_____     12/1/10
Peter Oppeneer, Clerk of Court           Date